In the Matter of SAMUEL I. BERMAN, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Election of the City of New York, Respondents, and GEORGE J. BELDOCK, Appellant.

Argued October 25, 1945; decided October 26, 1945.

*Charles Pokorny, George Frankenthaler, Matthew M. Levy, Samuel C. Duberstein* and *Abraham Roth* for appellant.

*Abraham J. Multer* and *John P. McGrath* for petitioner, respondent.

Order affirmed. Upon the conceded facts in this case petitioner had the right to file objections under section 142, and the right to bring this proceeding under section 330, of the Election Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.